**The Honorable Tana Lin**

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| FEDERATED MUTUAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>NICHOLAS M. WALL,<br><br>Defendant. | NO. 3:22-cv-05023-TL<br><br>STIPULATION TO STAY DISCOVERY PENDING ORDER ON MOTION FOR SUMMARY JUDGMENT<br><br>Note on Motion Calendar: August 23, 2022 |

Plaintiff Federated Mutual Insurance Company and Defendant Nicholas M. Wall request a stay of discovery pending the Court's order on the parties' pending cross-motions for summary judgment (Dkt. Nos. 13 and 15).

As indicated in the Parties Fed. R. Civ. P. 26(f) report (Dkt. No. 10), the parties believe this matter can be resolved through the submitted cross-motions for summary judgment without need for discovery. In the interest of time and economy, the parties respectfully ask that discovery be stayed pending the Court's ruling on the parties' pending cross-motions for summary judgment.

If necessary following the issuance of a ruling on the pending cross-motions for summary judgment, the parties will confer and submit a proposed amended scheduling order.

STIPULATION TO STAY DISCOVERY – Page 1
Case No. 3:22-cv-05023-TL

FRIEDMAN | RUBIN PLLP
1109 – 1st Avenue, Suite 501
Seattle, WA 98101
(206) 501-4446

Respectfully submitted August 23, 2022.

| | |
|---|---|
| BETTS, PATTERSON & MINES, P.S. | FRIEDMAN \| RUBIN PLLP |
| By: /s Joseph D. Hampton<br>By: /s Danielle N. McKenzie<br>   Joseph D. Hampton, WSBA #15297<br>   Danielle N. McKenzie, WSBA #49715<br>Betts, Patterson & Mines, P.S.<br>One Convention Place, Suite 1400<br>701 Pike Street<br>Seattle, WA 98101<br>jhampton@bpmlaw.com<br>dmckenzie@bpmlaw.com<br>Phone: 206-292-99988<br>Fax: 206-343-7053<br><br>Attorneys for Plaintiff Federated Mutual Insurance Company | By: /s Michael A. Angiulo<br>By: /s David P. Roosa<br>   Michael A. Angiulo, WSBA #58343<br>   David P. Roosa, WSBA #45266<br>Friedman \| Rubin PLLP<br>1109 – 1st Avenue, Suite 501<br>Seattle, WA 98101<br>mangiulo@friedmanrubin.com<br>droosa@friedmanrubin.com<br>Phone: (206) 501-4446<br>Fax: (206) 623-0794<br><br>Attorneys for Defendant/Counterclaimant Nicholas M. Wall |

MEAGHER & GEER, PLLP


By: /s Thomas H. Crouch
   Thomas H. Crouch, *pro hac vice*
Meagher & Geer, PLLP
16767 North Perimeter Drive, Suite 210
Scottsdale, AZ  85260
tcrouch@meagher.com
480-624-8568

Attorneys for Plaintiff Federated Mutual Insurance Company

## **ORDER**

IT IS SO ORDERED.

This 24th day of August 2022.

_____
Tana Lin
United States District Judge

STIPULATION TO STAY DISCOVERY – Page 2
Case No. 3:22-cv-05023-TL

FRIEDMAN \| RUBIN PLLP
1109 – 1st Avenue, Suite 501
Seattle, WA 98101
(206) 501-4446